IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN TABER SANCHEZ                                                                    PLAINTIFF
ADC #162752

v.                                       3:23-cv-00080-JM

GREENE COUNTY DETENTION CENTER                                                  DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 2nd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE